UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:16cr0124SRU |
| v. | : | |
| MITCHELL ANDERSON | : | AUGUST 1, 2016 |

### WAIVER OF SPEEDY TRIAL

The defendant, Mitchell Anderson, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161, and the Local Speedy Trial Plan, and requests that the time period from August 2, 2016 through November 12, 2016 be excluded from the speedy trial calculations.

In support of this Waiver, the defendant states as follows:

(1) he is represented by and has consulted with his attorney concerning this waiver;

(2) he understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

(3) he requests that the Court find that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial.

August 1, 2016.

_____
Mitchell Anderson

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2016 a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Michael Dolan
Michael Dolan