## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | 3:16cr124(SRU) |
| | : | |
| v. | : | |
| | : | |
| MITCHELL ANDERSON. | : | February 5, 2018 |

### MOTION TO SEAL

The United States hereby moves the Court to seal the un-redacted version of the Government's sentencing memorandum date February 5, 2018, and to allow the Government to file a reacted version of the sentencing memorandum on the public docket.  The proposed redactions relate to proactive criminal investigation steps that are not publically known.  A copy of the un-redacted version will be provided to counsel for Mr. Anderson and the United States Probation Office.

Respectfully submitted,
JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ *Sarah P. Karwan*

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct22911
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
Sarah.p.karwan@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Courts system.

*/s/ Sarah P. Karwan*
SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
