UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16 CR 00124 (SRU) |
| v. | : | |
| MITCHELL ANDERSON | : | MARCH 27, 2018 |

### MOTION TO CHANGE COURT'S DESIGNATION RECOMMENDATION

The defendant, Mitchell Anderson, respectfully moves the court to recommend the Bureau of Prisons designate him to Federal Prison Camp, Pensacola. The court sentenced Mr. Anderson to, inter alia, six (6) months imprisonment. In addition, the court recommended Mr. Anderson serve his sentence at a half-way house, and if a half-way was not available to serve his sentence at a prison camp in the northeast. Mr. Anderson has received his designation to Federal Medical Center, Ft. Devens. See Exhibit A. With the court's permission, Mr. Anderson relocated to Florida in October 2017 with his live-in girlfriend. In addition, his son attends school in Florida. The requested designation would allow his girlfriend and son regularly visit Mr. Anderson and assist with rehabilitation.

The government does not object to this request.