# EXHIBIT A



**U.S. Department of Justice**

United States Marshals Service

*District of Connecticut*
*US Marshals Services*

LETTER SHEET

New Haven, CT 06510-2030

03/26/18

Attorney: Michael Gerard Dolan

Self-Surrender of: Mitchell Anderson

Dear Atty. Dolan

    This letter will confirm procedures necessary to effect the Self-Surrender of the above named subject who is your client.

    It is the understanding of all parties that the above named subject will surrender under his/her own power and his/her own expense to the facility determined by the **Bureau of Prison,** on or before the time indicated below:

DESIGNATED TO: FMC Devens    42 PATTON ROAD AYER, MA 01432

SELF-SURRENDER ON: 4/4/18    NLT. 12:00 PM

    All pertinent documentation related to the above mentioned Self-Surrender has been forwarded to the designated facility. To acknowledge notification, please sign, and fax or email this cover sheet to the U.S. Marshal Criminal Desk's New Haven office.

    If you have any questions concerning your client's self-surrender location, please contact the **Bureau of Prison.** The Bureau of Prisons has information regarding facility locations, policies and procedures at www.bop.gov.

Sincerely,

Criminal Program Specialist
United States Marshals Service
District of Connecticut
James.hilaire@usdoj.gov
Fax (203) 773-2419

| Print Designation  | DISTRICT OF CONNECTICUT<br>**DESIGNATION NOTIFICATION**<br>PRESENTENCING | Register No: 24878-014<br>Docket No.: 3:16CR00124-001<br>Name: Anderson<br>Date Sentenced: 2/23/2018<br>Arrest Date: 6/23/2016<br>TRD: |
|---|---|---|

## DETAINEE INFORMATION

| Full Name: Mitchell Anderson | | Dist Code: CT |
|---|---|---|
| Register No: 24878-014 | FBI No: | Alien No: |
| Charge: Money Laundering - Explain Offense | | Code: 6300 |

## DESIGNATION INFORMATION

| Designation Loc: Devens FMC SCP | Code: DEVC |
|---|---|
| Date Designated: 3/26/2018 | Dist Code: 038 |
| Voluntary Surrender Yes | VS Date: 4/4/2018 |
| Redes Reason: | |

## CURRENT LOCATION

| Fac Name: CELL BLOCK | Fac Code: CEL | Dist Code: 014 |
|---|---|---|