UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16 CR 00124 (SRU) |
| v. | : | |
| MITCHELL ANDERSON | : | MARCH 29, 2018 |

**MOTION FOR ENLARGEMENT OF TIME TO SELF-SURRENDER**

The defendant, Mitchell Anderson, respectfully requests the Court change his self-surrender date from April 4, 2018 to April 20, 2018.  On February 6, 2017 Mr. Anderson entered a plea of guilty to conspiracy to commit mail and wire fraud in violation of 18 U.S.C. § 1349 and illegal monetary transactions in violation of 18 U.S.C. § 1957.  On February 23, 2018, the court imposed a concurrent six (6) month prison sentences.  Mr. Anderson was designated to Federal Prison Camp, Devens in Massachusetts and ordered to report on April 4, 2018.  Mr. Anderson has requested a designation to Federal Prison Camp, Pensacola to be close to family and loved-ones. To facilitate this request, he proposes the court change his self-surrender date to April 20, 2018.

Government's counsel, Assistant U. S. Attorney Sarah Karwan, does not object to this motion.

        THE DEFENDANT,
        MITCHELL ANDERSON

BY  /s/ *Michael Dolan*
    Michael Dolan
    Dolan & Luzzi, LLC
    1337 Dixwell Avenue
    Hamden, Connecticut  06514
    (203) 230-1678
    Email: mdolan@dolanluzzilaw.com
    Federal Bar No.:  ct18220
    His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018 a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Michael Dolan
Michael Dolan