## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16 CR 00124 (SRU) |
| v. | : | |
| MITCHELL ANDERSON | : | APRIL 18, 2018 |

### MOTION FOR ENLARGEMENT OF TIME TO SELF-SURRENDER

The defendant, Mitchell Anderson, respectfully requests the Court change his self-surrender date from April 20, 2018 to May 8, 2018.  On February 6, 2017 Mr. Anderson entered a plea of guilty to conspiracy to commit mail and wire fraud in violation of 18 U.S.C. § 1349 and illegal monetary transactions in violation of 18 U.S.C. § 1957.  On February 23, 2018, the court imposed a concurrent six (6) month prison sentences.  Mr. Anderson was initially designated to Federal Prison Camp, Devens in Massachusetts and ordered to report on April 4, 2018.  The court granted Mr. Anderson's earlier request for enlargement of time to self-surrender to correct the Bureau of Prisons' designation error.  The Bureau of Prisons has been coordinating with Residential Reentry Center (RCC) for placement of Mr. Anderson.  As of today per the U.S. Marshals office, RRC has not notified BOP of a designation.  The requested time will allow the various agencies to properly designate Mr. Anderson.

Government's counsel, Assistant U. S. Attorney Sarah Karwan, does not object to this motion.

THE DEFENDANT,
MITCHELL ANDERSON


BY  /s/ *Michael Dolan*
   Michael Dolan
   Dolan & Luzzi, LLC
   1337 Dixwell Avenue
   Hamden, Connecticut  06514
   (203) 230-1678
   Email: mdolan@dolanluzzilaw.com
   Federal Bar No.:  ct18220
   His Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018 a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Michael Dolan
Michael Dolan